THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Kenneth J.
 Edwards, Appellant.
 
 
 

Appeal from Clarendon County
Howard P. King, Circuit Court Judge
Unpublished Opinion No. 2007-UP-482
Submitted October 1, 2007  Filed October
 12, 2007
APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Aileen P. Clare, Office of Appellate
 Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 Office of the Attorney General, all of Columbia; and Solicitor C. Kelly
 Jackson, for Respondent.
 
 
 

PER CURIAM: 
 Kenneth J. Edwards was convicted of shoplifting.  He received a ten year
 sentence, suspended upon service of two years and probation for two years.  On
 appeal, Edwards contends the trial judge erred in refusing to dismiss his
 charges after a videotape of the incident was destroyed.  Pursuant to Anders
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), after a thorough review of the record and counsels
 brief, we dismiss the appeal and grant counsels motion to be relieved.[1]
APPEAL
 DISMISSED.
HEARN,
 C.J., HUFF and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.